```
McGREGOR W. SCOTT
United States Attorney
CAMIL SKIPPER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>         Plaintiff, )<br>            )<br>      v.    )<br>            )<br>IDOWU OLUKOYA, )<br>            )<br>         Defendant. )<br>_____) | No. CR. S 03-098 DFL<br><br>REQUEST FOR EXTENSION OF TIME<br>TO FILE OPPOSITION BRIEF;<br>DECLARATION OF COUNSEL; AND<br>[PROPOSED] ORDER<br><br>Date:  December 9, 2005<br>Before the Hon. David F. Levi |

Pursuant to the court's Order of October 27, 2005, the government's opposition to Movant Idowu Olukoya's motion pursuant to 28 U.S.C. § 2255 is due on December 9, 2005.  The court's order requires that the government's answer include all transcripts and other documents relevant to the determination of the issues presented in the motion.  As explained more fully in the accompanying declaration of counsel, the undersigned counsel does not believe she can fully respond to the motion by December 9, 2005.  Therefore, the government requests an extension of time in which to file an opposition brief and an order requiring the government's response to be due on or before December 30, 2005.  The movant's

1  reply brief would then be due on or before January 30, 2006.
2  ///
3       This extension of time will be sufficient to allow the
4  government to obtain the transcripts from the movant's change of
5  plea and sentencing hearings.  And the extension will not prejudice
6  the defendant who is in the custody of the Department of Homeland
7  Security.
8       The government provides the accompanying declaration of counsel
9  in support of this request for extension of time to file opposition
10 brief.
11 Date: December 5, 2005              Respectfully submitted,
12                                     McGREGOR W. SCOTT
                                       United States Attorney
13
14
                                       By: /s/ Camil A. Skipper
15                                         CAMIL A. SKIPPER
                                           Assistant U.S. Attorney
16
17
18
19                                **ORDER**
20      Good cause having been shown, the government's request for an
21 extension of time to file its opposition brief is granted.  The
22 government's shall file its opposition brief on or before December
23 30, 2005. The movant shall file a reply to the opposition on or
24 before January 30, 2006.  The matter will then be taken under
25 submission.
26      IT IS SO ORDERED.
27
                                       2

1  Date: 12/6/2005
2
3
4                                      _____
                                       DAVID F. LEVI
                                       United States District Judge

**DECLARATION OF CAMIL A. SKIPPER**

I, CAMIL A. SKIPPER, declare as follows:

1. I am employed as an Assistant United States Attorney for the Eastern District of California in Sacramento. I make this declaration in support of the government's request for extension of time to file its opposition brief. I believe that the facts contained in this declaration are true and correct. If called to testify, I would and could testify accordingly.

2. I handled the criminal prosecution of Idowu Olukoya.

3. After his sentencing in 2004, I believed the U.S. Attorney's case files had been closed and transferred to storage. Sometime in the spring of this year, the files were discovered in an unassigned cubicle; the case had not been closed. At that time, the case was to be closed.

4. When the court issued the briefing scheduled for the § 2255 motion, a search for the case files began which culminated on December 2, 2005, when they were found in another cubicle presumably awaiting closure. (Because of several staff changes in 2005, the staff member who looked for the file in November and December 2005 is not the same staff person who discovered the files last spring and initiated closure of the case.)

5. During this time, I recalled that the government had several transcripts associated with this case, but was unsure which transcripts had been obtained. Once the files were found, I discovered that the transcripts did not include the change of plea and sentencing hearings.

4

///

6.  The transcripts from the change of plea hearing and sentencing hearing have been ordered.  The court reporter hopes to have the transcripts completed by December 9, 2005.

7.  According to the Bureau of Prisons, the movant was released from custody on October 24, 2005.

8.  I am informed by a special agent of the Bureau of Immigration and Customs Enforcement that the movant is in the custody of the Department of Homeland Security which has instituted deportation proceedings against him.  The agent also informed me that the movant has made a claim for asylum and that his next hearing date concerning the asylum claim is December 14, 2005.  (While the asylum claim is pending, the deportation "clock" is stopped.)

9 .  I will be in South Carolina for training from December 19 through 21, 2005.  Assuming the court reporter completes the transcripts by December 9, 2005 (in very shortly thereafter), I should be able to file a meaningful response with supporting documents by December 30, 2005.

I affirm under penalty of perjury that the statements contained in this declaration are true and correct to the best of my knowledge.

Executed this 5th day of December, 2005, in Sacramento, California.

/s/ Camil A. Skipper
CAMIL A. SKIPPER